## Hazard Blue Grass Coal Corporation v. Scott and Workmen's Compensation Board.

### (Decided January 23, 1925.)

### Appeal from Perry Circuit Court.

1. Master and Servant—Compensation Board's Finding Not Disturbed, Unless Without Evidence to Support it.—Unless there is an entire absence of substantial and credible evidence to support Workmen's Compensation Board's findings of fact, Court of Appeals cannot disturb it.

2. Master and Servant—Compensation Board's Finding on Evidence Not Disturbed, in Absence of Fraud.—Workmen's Compensation Board's finding of facts would not be disturbed where there was no claim of fraud, and evidence was ample to support.

3. Master and Servant—Interest Allowable on Past Due Installments of Compensation.—Under Ky. Stats., section 4887, interest on past due weekly installments of an award of Workmen's Compensation Board may be allowed.

FAULKNER, STANFILL & FAULKNER for appellant.

NAPIER & HELM for appellees.

OPINION OF THE COURT BY JUDGE DIETZMAN—Affirming.

The appellant, on this appeal from a judgment of the Perry circuit court affirming an award of the Workmen's Compensation Board, insists that the finding of facts made by that board is so grossly contrary to the evidence offered on behalf of appellees as to raise at first blush in the mind of any fair minded person that this finding is a gross mistake and amounts to a gross injustice to appellant.

Unless there is an entire absence of substantial and credible evidence to support the board's finding of facts, this court cannot disturb it. Employers' Liability Assur. Corp. v. Gardner, 204 Ky. 216, 263 S. W. 743. There is no claim of fraud and the evidence is ample in this case under the above rule, or any other for that matter, to support the board's finding of facts. Indeed, so far as the issues in this case are concerned, in a very similar case, probably not as strong on the facts as the instant case, this court approved a like finding of the board. Jellico Coal Mining Co. v. Chatfield, 200 Ky. 842, 255 S. W. 842.

The authority for allowing interest on the past due weekly installments of the award may be found in Kentucky Statutes, section 4887.

Judgment affirmed.